# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 06, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A14A0369. MARVIN BRYAN v. AMEEDAH TAYLOR.**

The trial court entered default judgment in favor of Marvin Bryan against Ameedah Taylor in the amount of $844.99, plus post-judgment interest. Bryan filed a notice of appeal to this Court. We lack jurisdiction.

The discretionary appeal procedure is required where – as here – a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996). Because Bryan failed to follow the discretionary appeal procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>11/06/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*